UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARGARET THOMAS, ) | |
| ) | Case No. ____ |
| Plaintiff, ) | |
| ) | Removed from the Circuit Court of the |
| v. ) | Eleventh Judicial District of McLean |
| ) | County, No. 2021 L 86 |
| C.H. ROBINSON WORLDWIDE, INC., ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF LINDSAY VIGEANT

I, Lindsay Vigeant, under penalties of perjury, state as follows:

1. I am a competent adult over 18 years of age and I have personal knowledge of the information set forth herein, or have acquired personal knowledge of the matters set forth herein by consulting individuals with prior personal knowledge of those matters.

2. I am a Senior Human Resources Manager at C.H. Robinson Worldwide, Inc. ("CHRWI). Due to my position at CHRWI, I have personal knowledge of CHRWI's corporate structure.

3. CHRWI's principal place of business is in Eden Prairie, Minnesota.

4. CHRWI is incorporated in Delaware.

5. I have reviewed certain personnel records of Margaret Thomas ("Thomas"), who was formerly employed by CHRWI.

6. According to company records, Thomas' hourly pay rate at the time of her June 30, 2020 separation from CHRWI was $24.48. Thomas was a full-time employee. At her rate of pay, had her employment not been terminated, Thomas would have earned in excess of $50,000.00 in 2020 in base pay without working overtime and without any pay raise. She also was eligible for a discretionary bonus, which is not factored into this calculation.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30 day of September, 2021

*[signature]*
Lindsay Vigeant