E-FILED
Friday, 01 October, 2021  12:58:15 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
OF McLEAN COUNTY

|  |  |
|---|---|
| MARGARET THOMAS,<br>            Plaintiff, | )<br>)<br>) |
|  | ) |
| and | )  202110000086 |
|  | ) |
| C.H. ROBINSON WORLDWIDE, INC.,<br>            Defendant. | )<br>)<br>) |

*Notice and Acknowledgment of Receipt of Summons and Complaint*

## NOTICE

To: Mark Wallin,
    Barnes & Thornburg LLP
    One North Wacker Drive, Suite 4400
    Chicago, IL 60606-2833

The enclosed summons and complaint are served pursuant to section 2-213 of the Code of Civil Procedure.  You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 30* days.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive **process**, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within 30* days, you (or the party on whose behalf you are being served) may be served a summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 60** days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this notice and acknowledgment of receipt of summons and complaint will have been mailed on September 2, 2021.

Dated:  9-2-21        _____
                                    Signature

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint, and jury demand in the above-captioned matter.

Mark Wallin,
Counsel for CH ROBINSON WORLDWIDE
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833

(Not Applicable if you are the named Defendant or Respondent)

Dated:  **9/9/20**                           _____
                                             Signature

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
OF McLEAN COUNTY

|  |  |  |
|---|---|---|
| MARGARET THOMAS,<br>        Plaintiff, | ) ) ) |  |
| and | ) ) | 2021L0000086 |
| C.H. ROBINSON WORLDWIDE, INC.,<br>        Defendant. | ) ) ) |  |

**CERTIFICATE OF SERVICE**

The undersigned, being an attorney of record for the Plaintiff, MARGARET THOMAS, hereby certifies that he served the NOTICE OF WAIVER OF SERVICE along with a copy of this Notice sealed in an envelope addressed as set forth and deposited in a United States post office box, fully prepaid, on this 2nd day of September, 2021.

**Mark Wallin**
**Barnes & Thornburg LLP**
**One North Wacker Drive, Suite 4400**
**Chicago, IL 60606-2833**

MARGARET THOMAS, Plaintiff

BY:___/s/ Michael G. Butts_____
One of Her Attorneys

Michael G. Butts
ARDC# 6308683
Wood, DeVary & Armstrong, P.C.
207 W. Jefferson St., Ste. 400
Bloomington, IL 61702-0397
Phone:  (309) 827-0044
mbutts@wdalawyers.com

1

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | *For Court Use Only* |
|---|---|---|
| McLean _____ COUNTY | | A FEE WILL BE DUE AT THE TIME OF FILING AN APPEARANCE OR ANSWER OR AS OTHERWISE DIRECTED BY THE COURT. YOUR FILING FEE WILL BE: $ 207.00 |

| Instructions ▾ | | |
|---|---|---|
| Enter above the county name where the case was filed. | Margaret Thomas | |
| Enter your name as Plaintiff/Petitioner. | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. | |
| Enter the Case Number given by the Circuit Clerk. | C.H. Robinson Worldwide, Inc. | 2021L0000086 |
| | **Defendant / Respondent** *(First, middle, last name)* | **Case Number** |

| | | |
|---|---|---|
| In 1, if your lawsuit is for money, enter the amount of money you seek from the Defendant/ Respondent. | **1.** **Information about the lawsuit:** Amount claimed:  $ 50,000.00 | |
| In 2, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form. | **2.** **Contact information for the Plaintiff/Petitioner:** Name *(First, Middle, Last)*:  Michael G. Butts, ARDC# 6308683, mbutts@wdalawyers.com Street Address, Apt #:  207 W. Jefferson St., Ste. 400 City, State, ZIP:  Bloomington, IL 61701 Telephone:  (309) 827-0044 See attached for additional Plaintiff/Petitioner contact information | |
| In 3, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form. | **3.** **Contact information for the Defendant/Respondent:** Name *(First, Middle, Last)*:  Corporation Service Company Street Address, Apt #:  2345 Rice Street, Suite 230 City, State, ZIP:  Roseville, MN 55113 Telephone: See attached for additional Defendant/Respondent contact information | |

**Important Information for the person receiving this form:**

You have been sued.

Follow the instructions on the next page on how to appear/answer.

- If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking without further notice or hearing.

- Your written appearance/answer must be filed on time and in the proper form.
- Forms for a written appearance/answer are available here: http://www.illinoiscourts.gov/forms/approved/default.asp

If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees.*

You should read all of the documents attached.

Enter the Case Number given by the Circuit Clerk: 2021L0000086

| | | |
|---|---|---|
| In 4, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/Respondent must file their response. | **4.** | **Instructions for person receiving this form (Defendant/Respondent):** |

To respond to this *Summons* you must:

☑ Go to court:

On this date: 12/1/2021     at this time: 10:00   ☑ a.m. ☐ p.m.

Address: 104 W. Front St.     Court Room: 5B

City, State, ZIP: Bloomington, IL 61701

☐ File a written *Appearance* and *Answer/Response* with the court:

On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

☐ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | Witness this Date: \_\_\_\_\_7/23/2021\_\_\_\_\_ <br><br> Clerk of the Court: *[signature]* /s/ Corinna Strawn |

*[Seal: McLEAN COUNTY CIRCUIT COURT · 11th JUDICIAL CIRCUIT · ILLINOIS]*

| | |
|---|---|
| **STOP!** The officer or process server will fill in the Date of Service. | This *Summons* must be served within 30 days of its date, listed above. <br><br> Date of Service: _____ <br> *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)* |

| | |
|---|---|
| **Plaintiff/Petitioner:** | To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process. |

| | |
|---|---|
| **Attention:** | E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. |

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| McLean                  COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Margaret Thomas _____<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the name of the person you are suing as Defendant/Respondent. | v. | |
| Enter the Case Number given by the Circuit Clerk. | C.H. Robinson Worldwide, Inc. _____<br>**Defendant / Respondent** *(First, middle, last name)* | 2021L0000086<br>**Case Number** |

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

| DO NOT complete this section. The sheriff will complete it. |
|---|

**My name is** _____ **and I swear under oath**
*First, Middle, Last*

that I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male: ☐   Female: ☐   Approx. Age: _____   Hair Color: _____
Height: _____   Weight: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

☐ At the Defendant/Respondent's home:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
Male: ☐   Female: ☐   Approx. Age: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the
above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
*First, Middle, Last*
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: 2021L0000086

| DO NOT complete this section. The sheriff, or private process server will complete it. | By: |
|---|---|

_____
_Signature_

_____
_Print Name_

**FEES**

| By certified/registered | $ _____ |
|---|---|
| Service and Return | $ _____ |
| Miles: _____ | $ _____ |
| Total $ _____ | |

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
OF McLEAN COUNTY

MARGARET THOMAS,
        Plaintiff,

  and

C.H. ROBINSON WORLDWIDE, INC.,
        Defendant.

)
)
)
)
)
)
)
)

FILED
6/30/2021 10:49 AM
DONALD R. EVERHART, JR.
CLERK OF THE CIRCUIT COURT
MCLEAN COUNTY, ILLINOIS

2021L0000086

FIRST CASE MANAGEMENT CONFERENCE

BEFORE JUDGE   FOLEY

SET ON  12/01/2021 @ 10:00 AM

## COMPLAINT

NOW COMES the Plaintiff, MARGARET THOMAS, by and through her attorneys, Wood, DeVary & Armstrong, P.C., and for her Complaint against the Defendant, C.H. ROBINSON WORLDWIDE, INC., states as follows:

1.    MARGARET THOMAS (hereinafter "Plaintiff") is an individual who resides in McLean County, Illinois.

2.    Defendant, C.H. ROBINSON WORLDWIDE, INC., (hereinafter "CHRW") is a Corporation based out of Minnesota, doing business in Illinois including in McLean County, Illinois.

3.    Plaintiff was previously employed as a territory sales executive by CHRW.

4.    In 2019, her sales figures placed her in the top 5 producers in the CHRW's Great Lakes region, after being in the top 10 in the region in 2018.

5.    During this period, she served as an Ambassador for Women in Sales group, as nominated by Alec Getschow.

6.    In July 2019, Plaintiff was placed under the supervision of her CHRW employee, Craig Geskey.

7. In December of 2019, CHRW internal investigation unit conducted an investigation into Mr. Geskey in regards to allegations of an inappropriate sexual relationship between Plaintiff and Mr. Geskey. An inappropriate sexual relationship had never taken place between Plaintiff and Mr. Geskey and CHRW HR Department concluded the same. Plaintiff was never made aware of this investigation.

8. In January of 2020, Mr. Geskey was made a regional sales manager and Plaintiff was placed under his supervision.

9. In March of 2020, Plaintiff learned of the investigation after enduring months of harassment in a hostile work environment by Mr. Geskey including social media harassment from Mr. Geskey's wife.

10. In May of 2020, Mr. Geskey issued Plaintiff a Performance Plan. Performance Plan did not reflect Plaintiff's actual Performance. Neither party signed the Performance Plan.

11. In May of 2020, Plaintiff made a request to HR upper management to be placed under a new supervisor as she was uncomfortable working for Mr. Geskey due to the treatment she was receiving and because of the previous untrue allegations.

12. Plaintiff expressed to management that she was uncomfortable that an investigation took place where her direct peers were interviewed that she was not aware of with her current manager. Defendant ignored Plaintiff's allegations of harassment and hostile work environment due to the initial investigation being found to be untrue.

13. Defendant denied Plaintiff's request and advised she could make a request for new management to Mr. Geskey's manager, or apply to open positions within the company. There were no open positions at the time due to the Covid-19 virus.

14.     In May of 2020, Plaintiff spoke to Mr. Geskey's manager, Alec Getschow. Mr. Getschow indicated to the Plaintiff that this investigation should have been a red flag and Plaintiff should have never been placed under Mr. Geskey's supervision. Mr. Getschow also explained that he would investigate Plaintiff's allegations internally and call Plaintiff back the following day.

15.     Mr. Getschow denied Plaintiff's request for new management due to the pending Performance Plan issued by Mr. Geskey the following day. Mr. Getschow also made an inappropriate sexist comment placing blame on the Plaintiff during this call.

16.     After Plaintiff followed the CHRW Employee Handbook step by step to make her complaints and being denied, Mr. Gesky's retaliation became more frequent, and his expectations were inconsistent, placing Plaintiff in a position where she could not meet his expectations.

17.     Plaintiff's HR complaints and discussions with Defendant's management team were met with more concern for how Platiniff became aware

18.     On June 30, 2020, Mr. Geskey terminated Plaintiff from CRHW, citing performance.

19.     Plaintiff onboarded two new clients the week of her termination, two more clients data set in queue for solution design, and an additional new client with signed agreements of a full modal outsource going live the week after she was terminated. The outsource client that began operations with CHRW through the efforts of the Plaintiff alone would have met over half of her entire annual production goal for the entire year.

20.     With Plaintiff's past performance, and the performance of new clients brought in by her shortly after her termination, it is clear that the reason given for her termination by Mr. Geskey was pretextual.

3

21.     Instead, CHRW by and through Mr. Geskey terminated Plaintiff for making a complaint regarding her hostile work environment and sexual harassment in violation of public policy

22.     As a direct and proximate result of CHRW's unlawful termination of her employment, Plaintiff has lost income in the form of wages, social security and other benefits, has suffered emotional pain, mental anguish, loss of enjoyment of life, and other non-pecuniary losses, and she is expected to incur future damages.

23.     The above described-conduct by CHRW was willful and wanton, and with reckless disregard and indifferent to the common law and public policy of Illinois, and to Plaintiff's rights thereunder.

24.     CHRW's conduct should be subject to punitive damages as an example to deter others from engaging in conduct of this kind.

WHEREFORE, the Plaintiff, MARGARET THOMAS, respectfully requests this Court to enter an Order granting judgment against the Defendant in excess of Fifty Thousand ($50,000.00), punitive damages, cost, fees, and for such other and further relief as this Court deems just and appropriate.

MARGARET THOMAS,
Plaintiff,

By: _____
        Michael G. Butts, her Attorney

### VERIFICATION

STATE OF ILLINOIS      )
                         ) SS.
COUNTY OF MCLEAN     )

       Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

_MR Tunmay_

Subscribed and sworn to before me this
_23rd_ day of _June_, 2021.

_____
Notary Public

OFFICIAL SEAL
MEGAN M BRUSH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/22/2024

Michael G. Butts
ARDC #6308683
WOOD, DEVARY & ARMSTRONG, P.C.
207 W. Jefferson Street, Suite 400
Bloomington, IL 61701
(309) 827-0044
mbutts@wdalawyers.com

FILED
8/11/2021 1:49 PM
DONALD R. EVERHART, JR.
CLERK OF THE CIRCUIT COURT
MCLEAN COUNTY, ILLINOIS

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
OF McLEAN COUNTY

| | | |
|---|---|---|
| MARGARET THOMAS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| and | ) | 2021L0000086 |
| | ) | |
| C.H. ROBINSON WORLDWIDE, INC., | ) | |
| Defendant. | ) | |

## PLAINTIFF'S DEMAND FOR JURY TRIAL

NOW COMES MARGARET THOMAS, Plaintiff in the above-captioned case, by and

through her attorneys, Wood, DeVary & Armstrong, P.C., and hereby demands a trial by jury of 12

persons.

MARGARET THOMAS,
Plaintiff,

By: _____

Michael G. Butts, her Attorney

Michael G. Butts
ARDC #6308683
WOOD, DEVARY & ARMSTRONG, P.C.
207 W. Jefferson Street, Suite 400
Bloomington, IL 61701
(309) 827-0044
mbutts@wdalawyers.com